# IN THE SUPREME COURT OF THE STATE OF NEVADA

ORLONDO ISAIAH GRIFFIN-RAMIREZ, A/K/A ORLANDO ISAIAH GRIFFIN-RAMIREZ,
         Appellant,

vs.

THE STATE OF NEVADA,
         Respondent.

No. 83986

**FILED**

JAN 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for recalculation of good time credits. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

This court's review of this appeal reveals jurisdictional defects. First, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Second, no statute or court rule permits an appeal from an order denying a motion for recalculation of good time credits. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-01946

cc:    Hon. Kimberly A. Wanker, District Judge
Orlondo Isaiah Griffin-Ramirez
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A